IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

COSTEL G. SERBAN,

     Appellant,

v.

THE BANK OF NEW YORK,
ET AL.,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4315

_____/

Opinion filed March 8, 2016.

An appeal from the Circuit Court for Okaloosa County.
Keith Brace, Judge.

George Gingo and James Orth, Jr., of Gingo & Orth, P.A., Titusville; Steven Copus of Copus & Copus, P.A., Shalimar, for Appellant.

Jacqueline Costoya of Kelley Kronenberg, Fort Lauderdale, for Appellees.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., SWANSON, and KELSEY, JJ., CONCUR.